IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00539-BNB-KLM

JASON GLENN MATHEWS,

    Plaintiff,

v.

SALLIE J. CHARDUKIAN,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Settlement Conference** [Docket No. 21; Filed July 27, 2009] ("Joint Motion").

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.  The Settlement Conference set for August 26, 2009 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

Dated:  July 27, 2009