IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00539-BNB-KLM

JASON GLENN MATHEWS,

Plaintiff,

v.

SALLIE J. CHARDUKIAN,

Defendant.

## ORDER

This matter arises on **Defendant's Motion In Limine Regarding Undisclosed Damages and Future Medical Expenses** [Doc. # 31, filed 3/8/2010] (the "Motion"). During the final pretrial conference this morning, the plaintiff stipulated that he will not seek damages for future medical expenses, and that stipulation was made a part of the Final Pretrial Order. In view of the stipulation and the entry in the Final Pretrial Order:

IT IS ORDERED that the Motion is DENIED as moot.

DATED March 15, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge