IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00539-BNB-KLM

JASON GLENN MATHEWS,

Plaintiff,

v.

SALLIE J. CHARDUKIAN,

Defendant.

## ORDER

This matter arises on the **Stipulated Motion to Dismiss** [Doc. # 41, filed April 12, 2010] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

DATED April 13, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge